IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SANDRA LAOUNE HUFF,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:19-CV-1625-L-BH** |
| | § | |
| **ANDREW M. SAUL,** | § | |
| **COMMISSIONER OF THE SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On September 8, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 20) ("Report") was entered, recommending that the court affirm the decision of the Commissioner of Social Security Administration ("Commissioner"). Plaintiff filed objections to the Report, which were docketed on September 22, 2020.

The issues in Plaintiff's objections were addressed in detail in the Report. Notwithstanding Plaintiff's disagreement and objections to the contrary, the court determines, after considering the file, record in this case, and Report, and conducting a de novo review of that portion of the Report to which objection was made, that the magistrate judge's findings and conclusions are correct. The court, therefore, **accepts** the magistrate judge's findings and conclusions as those of the court; **overrules** Plaintiff's objections; **affirms** the Commissioner's decision; and **dismisses with prejudice** this appeal.

**Order – Page 1**

**It is so ordered** this 23rd day of September, 2020.

Sam A. Lindsay
United States District Judge